IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>DONALD KEITH ELLISON [2],<br><br>**Defendant.** | **Criminal No.** 19-541 (FAB) |

### ORDER

Defendant Donald Keith Ellison's "UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE" (Docket No. 83) is **GRANTED**.

1. Defendant Ellison is allowed to travel throughout the State of Georgia for purposes of accompanying his children to their sporting events.

2. Defendant Ellison is also allowed to travel to Bay County, Florida, once per month for a period of time not to exceed five days each month. He will inform his probation officer before he must make each trip.

3. Defendant Ellison is allowed to travel to Bay County, Florida from May 26, 2020 to June 11, 2020 for his wedding and honeymoon.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 21, 2020.

s/ Francisco A. Besosa<br>
FRANCISCO A. BESOSA<br>
UNITED STATES DISTRICT JUDGE