UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                Date: March 23, 2021

**BEFORE HONORABLE FRANCISCO A. BESOSA**                CR. NO. 19-541 (FAB)

**COURTROOM DEPUTY: Omar Flaquer-Mendoza**

**COURT REPORTER: Joe Reynosa**

===================================================================

| | Attorneys: |
|---|---|
| **UNITED STATES OF AMERICA** | AUSA Seth Erbe |
| Plaintiffs, | |
| v. | |
| **Ahsha Nateef Tribble (1)** | Deana Timberlake-Wiley |
| | Juan R. Acevedo-Cruz |
| **Donald Keith Ellison (2)** | William J. Leone |
| | Nathan B. Baum |
| | Sonia I. Torres-Pabon |
| **Defendants.** | |

===================================================================

Video conference held on March 23, 2021. Conference began at 9:57 a.m. and ended at 11:19 a.m. The record should reflect that proceedings were held via VTC. Co-defendant Ellison (2) appeared via telephone. The Court began the conference summarizing the pending motions, and motions recently decided.

- Opinion and Order entered at ECF No. 178 denying co-defendant's Ellison motions for the government to produce additional discovery filed at ECF Nos. 147 and 175.

- Memorandum and Order entered at ECF No. 177 granting government's motions

1

submitting investigative information.

- Co-defendant Ellison's motion for partial release of assets and to lift stay of discovery filed at ECF NO. 167. Order to be entered today or tomorrow morning.

- Defendants' motion to compel discovery filed at ECF No. 179. Order entered at ECF No. 181 setting a deadline for the government to respond, and for production of documents for in camera inspection. Regarding this matter, attorney Timberlake-Wiley addressed the Court. Defendants requested that as soon the government filed its response, the Court should set Oral Arguments. Instead of setting oral arguments, the Court allowed defendants to reply seven (7) days thereafter and motion shall not exceed ten (10) pages in accordance with Local Rule 7(c). If the motion will be more than ten (10) pages, a request should be included for the Court to decide the filing of more than (10) pages will be allowed or not.

- Co-defendant Tribble's Sealed Ex-Parte motion filed on March 22, 2021 at ECF No. 187 is pending to be decided.

- Attorney Leone for defendant Ellison (2) brought to the Court's attention related to one of the issues in this case on what constitutes an official action in the meaning of the federal bribery statute. Attorney requested the Court to allow defendants and the government to file simultaneous briefs. After hearing attorneys as to this matter, and as later requested, the Court will allow the parties to file their briefs as soon matter of the transcripts is decided.

- In addition, attorney Leone brought to the Court's attention regarding the Memorandum and Order entered at ECF No. 177, footnote 2. AUSA Erbe informed that the government

will comply on providing the documents.

- Finally, the Court informed the parties that considering the pending issues in this case, setting Jury trial will remain in abeyance.

S/ Omar Flaquer-Mendoza
Omar Flaquer-Mendoza
Case Manager/Courtroom Deputy to
Hon. Francisco A. Besosa,
U.S. District Judge
