## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 19-541-FAB-2 |
| AHSHA NATEEF TRIBBLE [1]<br>DONALD KEITH ELLISON [2] | |

### MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW defendant, by its undersigned counsel and hereby requests, states and prays as follows:

1. Pursuant to this Honorable Court's Standing Order #9, effective on February 1, 2013 all parties who wish to restrict the viewing by other parties of a Motion need to concurrently file with the motion a motion to restrict stating the reasons that support the sealed or selected parties filing.

2. In compliance with the cited Order leave is hereby requested to file a restricted Motion.

3. The reason for the present request is that the filed motion contains matters regarding defendant's rights which must be protected and also Grand Jury materials. In order to protect the due process and Sixth Amendment rights of defendant and grand jury secrecy the motion cannot be filed in a public docket.

4. The rights of defendant in this criminal prosecution outweigh the presumption of public access to information.

WHEREFORE, it is very respectfully requested from this Honorable Court to GRANT leave to file the requested Motion Ex-Parte.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this April 15, 2021.

CERTIFICATE OF SERVICE: I hereby certify that on April 15, 2021, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

Dated: April 15, 2021

*/s/ Deana Timberlake-Wiley*
Deana Timberlake-Wiley (Pro Hac Vice)
Simmons, Finney & Winfield, LLC
741 W. Lanier Ave., Suite 220
Fayettville, GA 30214
Office: 678-788-6030
E-Mail: dwiley@sfwlegalteam.com

s/juan r. acevedo-cruz
Juan R. Acevedo-Cruz (120701)
Suite 501-A
Banco Cooperativo Plaza
623 Ave. Ponce De Leon
San Juan, PR 00917
Tel/Fax: 787-751-2341
E-Mail: jr@jracevedo.com

**ATTORNEYS FOR AHSHA NATEEF TRIBBLE**

*/s/ William J. Leone*
William J. Leone (*pro hac vice*)
william.leone@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-318-3000
Fax: 212-318-3400

Nathan B. Baum (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Tel: 214-855-7487
Fax: 214-855-8200

Sonia I. Torres-Pabón (USDC-PR No. 209310)
storres@melendeztorreslaw.com
MELENDEZ TORRES LAW
MCS Plaza, Suite 1200
255 Ponce de Leon Ave.
San Juan, P.R. 00917
Tel: 787-281-8100
Fax: 787-281-8310

**ATTORNEYS FOR DONALD KEITH ELLISON**