# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DONALD KEITH ELLISON [2]. <br><br> Defendant. | CRIMINAL NO. 19-541 (FAB) |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW Defendant Donald Keith Ellison ("Mr. Ellison"), by its undersigned counsel, and hereby requests, states and prays as follows:

1. During the Status Conference held on April 11, 2022, the Court ordered the defense to file a signed written waiver of appearance to be present at the Waiver of Indictment, Filing of Information and Plea Hearing (the "hearing") set for April 29, 2022. Dtk. No. 275. On April 19, 2022, we requested a two-day extension to file the required documents.

2. In compliance with the Court's Order, Mr. Ellison hereby waives his right to be physically present at the hearing and requests that it be held via videoconference.

3. In addition, Mr. Ellison hereby attaches a signed Waiver of an Indictment as **Exhibit 1.**

WHEREFORE, it is respectfully requested that the Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 21st day of April 2022.


Donald K. Ellison
Defendant

**MELENDEZ TORRES LAW**

/s/ *Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón (USDC-PR No. 209310)
storres@melendeztorreslaw.com
Metro Office Park, 1st Street, Building 15,
Suite 201, Guaynabo, P.R. 00968
Tel: 787-281-8100
Fax: 787-281-8310

**NORTON ROSE FULBRIGHT US LLP**

/s/ *William J. Leone*
William J. Leone (*pro hac vice*)
William.leone@nortonrosefulbright.com
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-318-3000
Fax: 212-318-3400

## CERTIFICATION

**IT IS HEREBY CERTIFIED** that on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>**Donald Keith Ellison**<br><br>*Defendant* | Case No.  19-541 (FAB) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: **04/19/2022**

*Defendant's signature*

*Signature of defendant's attorney*

**Sonia Torres Pabón**
*Printed name of defendant's attorney*

*Judge's signature*

**Hon. Francisco A. Besosa**
*Judge's printed name and title*