**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**,<br><br>v.<br><br>DONALD KEITH ELLISON [2],<br>**Defendants.** | **Criminal No.** 19-541 (RAM) |

**ORDER**

Upon the United States' request for cancellation of the *lis pendens* issued as to certain real property, and after having been duly advised of all the facts, and after due deliberation, the Court:

**ORDERS, ADJUDGES, AND DECREES**

that the Property Registrar for the pertinent division of the Southwest Troup, Georgia, Property Registry, cancel the *lis pendens* [ECF No. 66] from the record of the Registry as to:

> All that certain land situated, lying, located and being at Ellison Farms LLC, 0 Ferrell Tatum Road, LaGrange, Troup County, Georgia, to wit:
>
> Real property located at Ellison Farms LLC, 295 Ferrell Tatum Road, LaGrange, Georgia; parcel Number 0910 000056, Deed Book 1956 110; Plat Book and Page, 34 57; Grantee: Ellison Farms LLC.

The Clerk is directed to send copies of this Order to all counsel of record, the Federal Bureau of Investigation (FBI) and the United States Marshals Service (USMS).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of January 2023.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge
